[No. 10944-5-III.   Division Three.   April 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFREDO B. LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00763-0, F. James Gavin, J., entered July 9, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 11768-5-III.   Division Three.   April 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY L. GRISWOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00185-9, Albert J. Yencopal, J., entered July 29, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 10503-2-III.   Division Three.   April 2, 1992.]

ANN M. THOMAS, *Appellant*, v. WILFAC, INC., ET AL, *Defendants*, KADLEC MEDICAL CENTER FOUNDATION, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Adams County, No. 85-2-00049-1, Richard W. Miller, J., entered December 11, 1989. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J. Now published at 65 Wn. App. 255.